In the Matter of the Transfer Tax upon the Estate of
ELLEN H. BOLTON, Deceased.
MANDEVILLE MULLALLY et al., as Executors of ELLEN
H. BOLTON, Deceased, Appellants; STATE TAX COM-
MISSION, Respondent.

(Argued June 1, 1931; decided June 16, 1931.)

*Walter D. Fletcher* for appellants.
*Harry M. Peyser* and *Percy D. Stoddart* for respondent.
Order affirmed, with costs; no opinion.
Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN,
KELLOGG, O'BRIEN and HUBBS, JJ.